UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH SANTIAGO, | : | Civ. Action No. 3:22-cv-2824 |
| Plaintiff, | : | |
| vs. | : | **ORDER OF DISMISSAL** |
| ASBURY GRAPHITE MILLS, INC., | : | |
| Defendants. | : | |

This matter having been reported settled and the Court having administratively terminated the action for sixty (60 days), and thereafter extending this period until February 7, 2023, so that the parties could submit the papers necessary to terminate the case, see Fed. R. Civ. P. 41(a)(1)(A)(i), L. Civ. R. 41.1, and the time-period having passed without the Court having received the necessary papers;

IT IS on this  3rd  day of February, 2023,

ORDERED that the Clerk of the Court shall reopen the case and make a new and separate docket entry reading "CIVIL CASE REOPENED"; and it is further

ORDERED that this matter be, and the same hereby is, **DISMISSED WITH PREJUDICE,** and without costs pursuant to Fed. R. Civ. P. 41(a)(2); and it is further

ORDERED that the Court will retain jurisdiction over this matter to enforce the terms of any settlement agreement, including but not limited to any issues regarding alleged breaches of such agreement.

_____
Hon. Zahid N. Quraishi, U.S.D.J.

4896-1113-2236, v. 1